IN THE U.S. DISTRICT COURT
IN PORTLAND, OREGON      FILED 4 AUG '21 10:26 USDC-ORP

| | |
|---|---|
| CRAIG BELKNAP, ET AL, PLAINTIFFS<br><br>v.<br><br>THE UNITED STATES, OREGON STATE, GOOGLE, ET AL, DEFENDANTS | CASE NO. 3:21-cv-1152 MO<br><br>[CLASS ACTION] CIVIL RIGHTS LAWSUIT; AND A PETITION FOR WRITS OF MANDAMUS AND QUO WARRANTO; AND FOR TROs [TEMPORARY RESTRAINING ORDERS] |

APPARENTLY, THE FEDERAL GOVERNMENT, THE OREGON STATE GOVERNMENT, AND CORPORATIONS SUCH AS GOOGLE INTEND TO MANDATE THE VACCINATION OF AMERICAN CITIZENS. THE COVID-19 VACCINE IS EXPERIMENTAL; IT IS INEFFECTIVE; AND IT IS EXTREMELY DANGEROUS. FOR INSTANCE, OVER A MILLION AMERICANS, (AND OVER TWO MILLION EUROPEANS), HAVE SUFFERED SERIOUS ADVERSE REACTIONS FROM THE VACCINES. TENS OF THOUSANDS OF AMERICANS AND TWENTIES OF THOUSANDS OF EUROPEANS HAVE DIED FROM THE COVID-19 VACCINES. MORE PEOPLE HAVE DIED FROM THE VACCINES THAN FROM THE VIRUS DURING THE LAST

SEVERAL MONTHS. MOREOVER, TENS OF THOUSANDS OF AMERICANS AND EUROPEANS WHO HAVE BEEN VACCINATED HAVE CONTRACTED THE COVID-VIRUS ANYWAY, NOTWITHSTANDING THE ADMINISTRATION OF THE VACCINES, AND SCIENCE HAS DEMONSTRATED EMPIRICALLY THAT THE VACCINES ACTUALLY SPREAD THE VIRUS AND CAUSE DEATH FROM THE VIRUS. [NOTA BENE: MORE PEOPLE HAVE DIED FROM THE COVID-19 VACCINE DURING THE PAST SIX MONTHS THAN FROM ALL OTHER VACCINES COMBINED DURING THE PAST FORTY YEARS! (AND WHEN A FEW DOZEN PEOPLE DIED FROM THE SWINE FLU VACCINE IN THE 1980s, THE VACCINATIONS WERE IMMEDIATELY STOPPED.)] [AND WE DO NOT KNOW THE LONG TERM EFFECTS, AND WON'T KNOW FOR YEARS!] THEREFORE, I AM ~~OFFICIALLY~~ SUING THE DEFENDANTS IN THIS CIVIL ACTION; AND I AM ASKING THE COURT TO GRANT ME AN EMERGENCY HEARING AND JUDICIAL REVIEW; AND

(PAGE 2 OF 5)

AND I AM ASKING THE COURT TO GRANT ME A TRO, TO SIGN AN ORDER TO PREVENT THE FEDERAL GOVERNMENT, THE OREGON STATE GOVERNMENT, GOOGLE AND ALL OTHER CORPORATIONS FROM MANDATING THE VACCINATION OF AMERICAN CITIZENS WITH THE COVID-19 VACCINES,

I ALSO ASK THE COURT TO PROHIBIT THE GOVERNMENT AND CORPORATIONS FROM IMPOSING "VACCINE PASSPORTS" ON U.S. CITIZENS.

RESPECTFULLY SUBMITTED, CRAIG BELKNAP

PLAINTIFF, PRO SE: CRAIG BELKNAP/DATE: FR, 30 JULY, 2021

MOTION TO PROCEED IN FORMA PAUPERIS/AFFIDAVIT OF INDIGENCY

I AM DISABLED, I RECEIVE SOCIAL SECURITY, I AM INDIGENT. I ASK THE COURT TO ALLOW ME TO FILE THIS CIVIL RIGHTS ACTION WAIVING FILING FEES, AND TO PERMIT ME TO PROCEED IN FORMA PAUPERIS.

PLAINTIFF: CRAIG BELKNAP/DATE: FRIDAY, 30 JULY, 2021

(PAGE 3 of 5)

## AFFIDAVIT OF SERVICE

I, CRAIG BELKNAP, ONE OF THE PLAINTIFFS IN THIS CIVIL RIGHTS LAWSUIT, AVER THAT I HAVE MAILED A COPY OF THIS DOCUMENT TO THE FOLLOWING PERSONS ON MONDAY, 2 AUGUST, 2021:

1. U.S. DISTRICT COURT
   1000 SW 3RD AVE
   PORTLAND, OR 97204

2. U.S. ATTORNEY
   1000 SW 3RD AVE
   PORTLAND, OR 97204

3. OREGON ATTORNEY GENERAL ELLEN F. ROSENBLUM
   1162 COURT ST NE
   SALEM, OR 97301-4096

4. GOOGLE PORTLAND
   309 SW 6TH AVE
   PORTLAND, OR 97204

5. PRESIDENT DONALD TRUMP
   1100 SOUTH OCEAN BLVD
   PALM BEACH, FLORIDA 33480

### POSTSCRIPT

I AM A U.S. CITIZEN AND A CITIZEN OF THE STATE OF OREGON. I HAVE STANDING IN THIS CLASS ACTION CIVIL RIGHTS LAWSUIT.

(PAGE 4 OF 5)

ALL OREGONIANS AND U.S. CITIZENS HAVE STANDING.

ALSO, ALL GOOGLE EMPLOYEES HAVE STANDING.

BECAUSE THIS IS A CLASS ACTION CIVIL RIGHTS LAWSUIT, I ASK THE COURT TO GRANT RELIEF TO ALL OREGONIANS, ALL AMERICANS, AND TO ALL GOOGLE EMPLOYEES.

## ORDERS

THIS COURT ORDERS: (1) THE UNITED STATES GOVERNMENT, THE OREGON STATE GOVERNMENT, AND GOOGLE, (AND ALL CORPORATIONS SUBSEQUENTLY TO BE NAMED IN THIS CLASS ACTION CIVIL RIGHTS LAWSUIT), SHALL IMMEDIATELY REFRAIN FROM GIVING MANDATORY COVID-19 VACCINES INOCULATIONS; AND THIS COURT ORDERS: (2) A PROHIBITION AGAINST "VACCINE PASSPORTS." AND THIS COURT ORDERS: (3) A HEARING ON THIS CLASS ACTION CIVIL RIGHTS LAWSUIT TO OCCUR IN THIS COURT ON _____, AT ____ O'CLOCK.

JUDGE/DATE:

CLASS ACTION CIVIL RIGHTS LAWSUIT; WRITS OF MANDAMUS AND QUO WARRANTO; AND PETITION FOR EMERGENCY TROS.

PAGE 5 OF 5